DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LAWRENCE ELSBERRY and DAWN ELSBERRY,

Appellants,

v.

GREGORY RANCE MOORE, as personal representative of the Estate of
Charles Carpenter,

Appellee.

No. 2D2022-2429

_____

July 12, 2024

Appeal from the Circuit Court for Hillsborough County; Helene L. Daniel,
Judge.

Bruce J. Sperry of Sperry Law Firm, Plant City, for Appellants.

Jason M.Azzarone of La Cava Jacobson & Goodis, PA., Tampa, for
Appellee.

PER CURIAM.

     Affirmed.

NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

_____

Opinion subject to revision prior publication.